IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CENTRAL PRODUCTS, LLC,

    Plaintiff,

v.                                          No. 1:22-CV-02121-JDB-jay

SCF, LLC,

    Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

---

Before the Court is the April 29, 2022, motion of the Plaintiff, Central Products, LLC, seeking entry of default judgment against the Defendant, SCF, LLC. (Docket Entry ("D.E.") 13.) Pursuant to an order of reference (D.E. 14), United States Magistrate Judge Jon A. York entered a report and recommendation on June 14, 2022, and recommended that default judgment be entered against the Defendant (D.E. 15). As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the findings and conclusions of the Magistrate Judge are hereby ADOPTED. The undersigned further ADOPTS the damage and cost awards recommended by the Magistrate Judge. Default judgment will be entered against the Defendant by separate docket entry.

    IT IS SO ORDERED this 7th day of July 2022.

                                                  s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE